1  TOWNSEND AND TOWNSEND AND CREW LLP
   ERIC P. JACOBS (State Bar No. 88413)
2  PETER H. GOLDSMITH (State Bar No. 91294)
   ROBERT A. McFARLANE (State Bar No. 172650)
3  Two Embarcadero Center, 8th Floor
   San Francisco, California  94111
4  Telephone:     (415) 576-0200
   Facsimile:     (415) 576-0300
5  E-mail:        epjacobs@townsend.com
                  phgoldsmith@townsend.com
6                 ramcfarlane@townsend.com

7  Attorneys for Plaintiff FAIRCHILD
   SEMICONDUCTOR CORPORATION

8

9                 UNITED STATES DISTRICT COURT

10           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12

13  FAIRCHILD SEMICONDUCTOR                Case No. C 07-02664 EMC
    CORPORATION,
14                                         **DECLINATION TO PROCEED**
                                           **BEFORE A MAGISTRATE JUDGE**
15              Plaintiff,                 **AND REQUEST FOR**
                                           **REASSIGNMENT TO A UNITED**
16          v.                             **STATES DISTRICT JUDGE**

17  ALPHA AND OMEGA SEMICONDUCTOR
    INCORPORATED and ALPHA AND OMEGA
18  SEMICONDUCTOR LIMITED,

19              Defendants.

20

21        **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

22

23        The undersigned party hereby declines to consent to the assignment of this case to a United

24  States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a

25  United States District Judge.

26        Plaintiff believes that reassignment to the Honorable Jeffrey S. White may be appropriate since

27  plaintiff expects an Administration Motion To Consider Whether Cases Should Be Related will be

28  filed in an earlier-filed and related action entitled *Alpha & Omega Semiconductor, Ltd., et al., v.*

1    *Fairchild Semiconductor Corporation*, U.S. District Court, N.D. of California, Case No. C 07-02638

2    JSW, and the cases will likely be consolidated.

3

4    DATED:  June 1, 2007              Respectfully submitted,

5

6

7                         By:  /s/*Eric P. Jacobs*
                            Eric P. Jacobs

8                             Peter H. Goldsmith
                            Robert A. McFarlane

9                             TOWNSEND AND TOWNSEND AND CREW LLP
                            Two Embarcadero Center, 8th Floor

10                           San Francisco, California  94111
                          Telephone:  (415) 576-0200

11                           Facsimile:  (415) 576-0300

12                        Attorneys for Plaintiff
                       FAIRCHILD SEMICONDUCTOR CORPORATION

13

14    61067147 v1

15

16

17

18

19

20

21

22

23

24

25

26

27

28