UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FAIRCHILD SEMICONDUCTOR CORPORATION,

Plaintiff,

v.

ALPHA AND OMEGA SEMICONDUCTOR INCORPORATED, et al.,

Defendants.
_______________________________________/

Case No. 07-2664 EMC

**NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE**

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

( x ) One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

( ) One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

///

United States District Court
For the Northern District of California

Any matters presently set before Magistrate Judge Chen, will be taken off calendar and counsel and/or parties are to contact the courtroom deputy for the reassigned district judge for a new date.

Dated: June 4, 2007

Richard W. Wieking, Clerk
United States District Court

By: Betty Fong, Deputy Clerk