1   TOWNSEND AND TOWNSEND AND CREW LLP
    ERIC P. JACOBS (State Bar No. 88413)
2   PETER H. GOLDSMITH (State Bar No. 91294)
    ROBERT A. McFARLANE (State Bar No. 172650)
3   Two Embarcadero Center, 8th Floor
    San Francisco, California  94111
4   Telephone:    (415) 576-0200
    Facsimile:    (415) 576-0300
5   E-mail:       epjacobs@townsend.com
                  phgoldsmith@townsend.com
6                 ramcfarlane@townsend.com

7   Attorneys for Plaintiff FAIRCHILD
    SEMICONDUCTOR CORPORATION
8

9                      UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13  FAIRCHILD SEMICONDUCTOR              Case No. C 07-02664 EMC
    CORPORATION,
14                                       **RETURN OF SUMMONS AND
                 Plaintiff,              PROOF OF SERVICE OF
15                                       SUMMONS, COMPLAINT AND
         v.                              RELATED DOCUMENTS**
16
    ALPHA AND OMEGA SEMICONDUCTOR
17  INCORPORATED and ALPHA AND OMEGA
    SEMICONDUCTOR LIMITED,
18               Defendants.

19

20

21  61069030 v1

22

23

24

25

26

27

28

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA



FAIRCHILD SEMICONDUCTOR
CORPORATION,

v.

ALPHA AND OMEGA SEMICONDUCTOR
INCORPORATED and ALPHA AND OMEGA
SEMICONDUCTOR LIMITED.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# C07 02664 EMC

TO: (Name and address of defendant)

Agent for Service of Process:
Alpha and Omega Semiconductor Incorporated
Mike F. Chang
495 Mercury Drive
Sunnyvale, CA 94805

Agent for Service of Process:
Alpha and Omega Semiconductor Limited
Mike F. Chang
495 Mercury Drive
Sunnyvale, CA 94805

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Eric P. Jacobs
Townsend and Townsend and Crew LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111

an answer to the complaint which is herewith served upon you, within ᴈ0 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

DATE 5-21-07

(BY) DEPUTY CLERK

Sandy Morris

ERIC P. JACOBS
TOWNSEND AND TOWNSEND AND CREW LLP
2 Embarcadero Center, 8th Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : FAIRCHILD SEMICONDUCTOR CORPORATION

Defendant : ALPHA AND OMEGA SEMICONDUCTORY INCORPORATED

Ref#: 215487      *   **PROOF OF SERVICE**   *   Case No.: C 07-02664 EMC

At the time of service I was at least eighteen years of age and not a party to
this action and I served copies of the:

SUMMONS IN A CIVIL CASE; COMPLAINT FOR PATENT INFRINGEMENT; CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS; REPORT ON THE FILING OR DETERMINATION OF AN
ACTION REGARDING A PATENT OR TRADEMARK; WELCOME TO THE U.S. DISTRICT COURT,
SAN FRANCISCO; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR
DEADLINES; DISPUTE RESOLUTION PROCEDURES; CORRESPONDENCE DATED MAY 29, 2007;
CASE MANAGEMENT CONFERENCE ORDER; STANDING ORDER FOR ALL JUDGES OF THE
NORTHERN DISTRICT OF CALIFORNIA

in the within action by personally delivering true copies thereof to the
person named below, as follows:

        Party served     :  DANIEL JOHNSON, JR.; RITA E. TAUTKUS

        By serving       :  Mike Quinlan, Authorized Agent

        Address          :  Morgan, Lewis & Bockius LLP
                            1 Market, Spear Street Tower, 28th Floor
                            San Francisco, CA 94105

        Date of Service:  May 29, 2007

        Time of Service:  4:50 PM

Person who served papers:
JAMES E. MACDONALD                  Fee for service: $75.00
SPECIALIZED LEGAL SERVICES, INC.    Registered California process server.
1112 Bryant Street, Suite 200       (i) Employee or Independent Contractor
San Francisco, CA 94103             (ii) Registration no.: 1003
Telephone: (415) 357-0500           (iii) County: San Francisco

I declare under penalty of perjury under the laws of the United States of
America that the foregoing is true and correct.

Date: May 30, 2007                  Signature _____

**CERTIFICATE OF SERVICE**

[C.C.P. §§ 1011 and 1013, C.R.C.§ 2008, F.R.C.P. Rule 5, F.R.A.P. 25]

   I declare that I am employed in the City and County of San Francisco, California; I am over the age of 18 years and not a party to the within action; my business address is Two Embarcadero Center, Eighth Floor, San Francisco, California, 94111. On the date set forth below, I served a true and accurate copy of the document(s) entitled:

**RETURN OF SUMMONS AND**
**PROOF OF SERVICE OF SUMMONS, COMPLAINT AND RELATED DOCUMENTS**

on the party(ies) in this action by placing said copy(ies) in a sealed envelope each addressed as follows:

| | |
|---|---|
| Andrew J. Wu | Daniel Johnson, Jr. |
| Morgan Lewis & Bockius LLP | Rita E. Tautkus |
| 2 Palo Alto Square | Morgan Lewis & Bockius LLP |
| 3000 El Camino Real, Suite 700 | One Market Street, Spear Street Tower |
| Palo Alto, CA 94306 | San Francisco, CA 94105-1126 |
| Tel:      650-843-4000 | Tel:      415-442-1000 |
| Fax:     650-843-4001 | Fax:     415-442-1001 |
| Email:  awu@morganlewis.com | Email:  djjohnson@morganlewis.com |
| | Email:  rtautkus@morganlewis.com |

☒    **[By First Class Mail]**  I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐    **[By Overnight Courier]**  I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐    **[By Hand]**  I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☐    **[By Facsimile Transmission]**  I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☐    **[By Electronic Transmission]**  I caused said document to be sent by electronic transmission to the e-mail address(es) indicated for the party(ies) listed above.

   I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.

Dated: June 5, 2007.                    _____
                                        Diane G. Sunnen

61069030 v1

PROOF OF SERVICE
CASE NO. C 07-02664 EMC