DANIEL JOHNSON, JR. (State Bar No. 57409)
RITA E. TAUTKUS (State Bar No. 162090)
AMY M. SPICER (State Bar No. 188399)
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: djjohnson@morganlewis.com
E-mail: rtautkus@morganlewis.com
E-mail: aspicer@morganlewis.com

ANDREW J. WU (State Bar No. 214442)
**MORGAN, LEWIS & BOCKIUS LLP**
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: awu@morganlewis.com

Attorneys for Defendants
ALPHA & OMEGA SEMICONDUCTOR, INC.
ALPHA & OMEGA SEMICONDUCTOR, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>　　　　　Defendants. | Case No. C 07-2664 JSW<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT AND [PROPOSED] ORDER** |

　　　　　Defendants Alpha & Omega Semiconductor, Inc. and Alpha & Omega Semiconductor, Ltd. (collectively "AOS") and Plaintiff Fairchild Semiconductor Corp. ("Fairchild"), by and

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7563708.1

STIP. EXTENDING TIME TO
RESPOND TO COMPLAINT
C 07-2664 JSW

through their undersigned counsel, hereby stipulate to extend the time by which AOS must respond to Fairchild's complaint from June 18, 2007 to July 2, 2007. This stipulation does not alter the date of any event or any deadline already fixed by Court order. *See* Civ. L.R. 6-1(a).

Dated: June 15, 2007   MORGAN, LEWIS & BOCKIUS LLP


By: /s/ Andrew J. Wu
   Andrew J. Wu
   Attorneys for Defendants
   ALPHA & OMEGA SEMICONDUCTOR,
   LTD., AND ALPHA & OMEGA
   SEMICONDUCTOR, INC.


Dated: June 18, 2007   TOWNSEND AND TOWNSEND AND CREW LLP


By: /s/Eric P. Jacobs
   Eric P. Jacobs
   Attorneys for Plaintiff
   FAIRCHILD SEMICONDUCTOR
   CORPORATION

## [PROPOSED] ORDER

Pursuant to the parties' stipulation set forth above, Defendants shall until July 2, 2007 to respond to Plaintiff's complaint.

**IT IS SO ORDERED.**

Dated:

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7563708.1   2   STIP. EXTENDING TIME TO
RESPOND TO COMPLAINT
C 07-2664 JSW

**GENERAL ORDER 45 ATTESTATION**

I, Eric P. Jacobs, am the ECF user whose ID and password are being used to file this STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that Andrew J. Wu has concurred in this filing.

/s/*Eric P. Jacobs*
Eric P. Jacobs

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

1-SF/7563708.1

3

STIP. EXTENDING TIME TO
RESPOND TO COMPLAINT
C 07-2664 JSW