1  DANIEL JOHNSON, JR. (State Bar No. 57409)
   RITA E. TAUTKUS (State Bar No. 162090)
2  AMY M. SPICER (State Bar No. 188399)
   **MORGAN, LEWIS & BOCKIUS LLP**
3  One Market, Spear Street Tower
   San Francisco, CA  94105-1126
4  Tel:  415.442.1000
   Fax:  415.442.1001
5  E-mail:  djjohnson@morganlewis.com
   E-mail:  rtautkus@morganlewis.com
6  E-mail:  aspicer@morganlewis.com

7  ANDREW J. WU (State Bar No. 214442)
   **MORGAN, LEWIS & BOCKIUS LLP**
8  2 Palo Alto Square
   3000 El Camino Real, Suite 700
9  Palo Alto, CA  94306-2122
   Tel:  650.843.4000
10 Fax:  650.843.4001
   E-mail:  awu@morganlewis.com

11
   Attorneys for Defendants
12 ALPHA & OMEGA SEMICONDUCTOR, INC.
   ALPHA & OMEGA SEMICONDUCTOR, LTD.

13

14                  UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16                     SAN FRANCISCO DIVISION

17

18 FAIRCHILD SEMICONDUCTOR                 Case No. C 07-2664 JSW
   CORP., a Delaware corporation,
19                                         **ALPHA & OMEGA SEMICONDUCTOR,
                 Plaintiff,                LTD.'S ANSWER TO FAIRCHILD'S**
20                                         **COMPLAINT FOR PATENT
          v.                               INFRINGEMENT**
21
   ALPHA & OMEGA SEMICONDUCTOR,            **DEMAND FOR JURY TRIAL**
22 INC., a California corporation; and
   ALPHA & OMEGA SEMICONDUCTOR,
23 LTD., a Bermuda corporation,

24              Defendants.

25

26

27         Defendant Alpha & Omega Semiconductor, Ltd. ("AOS, Ltd.") answers the complaint of

28 plaintiff Fairchild Semiconductor Corp. ("Fairchild") as follows:

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7560980.2                                          AOS, LTD.'S ANSWER
                                                        C 07-2664 JSW

1    AOS, Ltd. denies each and every allegation contained in the complaint, except as

2    specifically admitted or explained herein.  To the extent that the headings or any other non-

3    numbered statements in Fairchild's complaint contain any allegations, AOS, Ltd. denies each and

4    every allegation.

5                                        **PARTIES**

6        1.        AOS, Ltd. lacks sufficient knowledge or information to admit or deny the

7    allegations set forth in paragraph 1 of the complaint, and on that basis, denies each and every

8    allegation contained in paragraph 1.

9        2.        In response to paragraph 2 of the complaint, AOS, Ltd. admits that Alpha &

10   Omega Semiconductor, Inc. ("AOS, Inc.") is a corporation duly incorporated under the laws of

11   the State of California with its principal place of business in Sunnyvale, California.

12       3.        In response to paragraph 3 of the complaint, AOS, Ltd. admits that it is a Bermuda

13   corporation and that it has a place of business in Sunnyvale, California.

14                            **JURISDICTION AND VENUE**

15       4.        In response to paragraph 4 of the complaint, AOS, Ltd. denies that it has infringed

16   or now infringes the patents asserted against AOS, Ltd. in the complaint.  AOS, Ltd. admits,

17   without admitting the validity of Fairchild's patent infringement claims, that the complaint

18   purports to state a cause of action under the patent laws of the United States, including 35 U.S.C.

19   §§ 1 *et seq*.  AOS, Ltd. admits that this Court has subject matter jurisdiction over these purported

20   claims under 28 U.S.C. §§ 1331 and 1338(a).  AOS, Ltd. denies that it has committed acts of

21   infringement or is now committing acts of infringement in this District.  AOS, Ltd. admits, for the

22   purpose of this action only, that venue is proper in this judicial district.

23                            **INTRADISTRICT ASSIGNMENT**

24       5.        In response to paragraph 5 of the complaint, AOS, Ltd. admits that the complaint

25   purports to state a cause of action that is subject to assignment on a district-wide basis under Civil

26   L.R. 3-2(c).

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**FIRST CLAIM FOR RELIEF**

**(Infringement of United States Patent No. 6,429,481)**

6.    In response to paragraph 6 of the complaint, AOS, Ltd. realleges and incorporates by reference the answers stated in paragraphs 1-5 above.

7.    In response to paragraph 7 of the complaint, AOS, Ltd. admits that the title page of United States Patent No. 6,429,481 (the "'481 patent") states on its face that the patent was issued on August 6, 2002. AOS, Ltd. admits that on its face, the '481 patent is entitled "Field Effect Transistor and Method of Its Manufacture." AOS, Ltd. admits that on its face the '481 patent lists "Fairchild Semiconductor Corporation" as its assignee. AOS, Ltd. admits that a copy of the '481 patent is attached to the complaint as Exhibit A. AOS, Ltd. denies that the '481 was duly and legally issued. AOS, Ltd. lacks sufficient knowledge or information to admit or deny that Fairchild continues to hold all rights and interest in the '481 patent. AOS, Ltd. denies any and all remaining allegations of paragraph 7 of the complaint.

8.    In response to paragraph 8 of the complaint, AOS, Ltd. denies that it has been or currently is directly or indirectly infringing or actively inducing or contributing to the infringement of the '481 patent. AOS, Ltd. denies any and all remaining allegations of paragraph 8 of the complaint.

9.    AOS, Ltd. denies each and every allegation contained in paragraph 9.

10.    AOS, Ltd. denies each and every allegation contained in paragraph 10.

**SECOND CLAIM FOR RELIEF**

**(Infringement of United States Patent No. 6,710,406)**

11.    In response to paragraph 6 of the complaint, AOS, Ltd. realleges and incorporates by reference the answers stated in paragraphs 1-10 above.

12.    In response to paragraph 12 of the complaint, AOS, Ltd. admits that the title page of United States Patent No. 6,710,406 (the "'406 patent") states on its face that the patent was issued on March 23, 2004. AOS, Ltd. admits that on its face, the '406 patent is entitled "Field Effect Transistor and Method of Its Manufacture." AOS, Ltd. admits that on its face the '406 patent lists "Fairchild Semiconductor Corporation" as its assignee. AOS, Ltd. admits that a copy

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7560980.2                3                AOS, LTD.'S ANSWER
C 07-2664 JSW

1    of the '406 patent is attached to the complaint as Exhibit B.  AOS, Ltd. denies that the '406 was

2    duly and legally issued.  AOS, Ltd. lacks sufficient knowledge or information to admit or deny

3    that Fairchild continues to hold all rights and interest in the '406 patent.  AOS, Ltd. denies any

4    and all remaining allegations of paragraph 12 of the complaint.

5           13.     In response to paragraph 13 of the complaint, AOS, Ltd. denies that it has been or

6    currently is directly or indirectly infringing or actively inducing or contributing to the

7    infringement of the '406 patent.  AOS, Ltd. denies any and all remaining allegations of paragraph

8    13 of the complaint.

9           14.     AOS, Ltd. denies each and every allegation contained in paragraph 14.

10          15.     AOS, Ltd. denies each and every allegation contained in paragraph 15.

11                                    **THIRD CLAIM FOR RELIEF**

12                          **(Infringement of United States Patent No. 6,521,497)**

13          16.     In response to paragraph 16 of the complaint, AOS, Ltd. realleges and incorporates

14    by reference the answers stated in paragraphs 1-15 above.

15          17.     In response to paragraph 17 of the complaint, AOS, Ltd. admits that the title page

16    of United States Patent No. 6,521,497 (the "'497 patent") states on its face that the patent was

17    issued on February 18, 2003.  AOS, Ltd. admits that on its face, the '497 patent is entitled

18    "Method of Manufacturing a Field Effect Transistor."  AOS, Ltd. admits that on its face the '497

19    patent lists "Fairchild Semiconductor Corporation" as its assignee.  AOS, Ltd. admits that a copy

20    of the '497 patent is attached to the complaint as Exhibit C.  AOS, Ltd. denies that the '497 was

21    duly and legally issued.  AOS, Ltd. lacks sufficient knowledge or information to admit or deny

22    that Fairchild continues to hold all rights and interest in the '497 patent.  AOS, Ltd. denies any

23    and all remaining allegations of paragraph 17 of the complaint.

24          18.     In response to paragraph 18 of the complaint, AOS, Ltd. denies that it has been or

25    currently is directly or indirectly infringing or actively inducing or contributing to the

26    infringement of the '497 patent.  AOS, Ltd. denies any and all remaining allegations of paragraph

27    18 of the complaint.

28          19.     AOS, Ltd. denies each and every allegation contained in paragraph 19.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

20.     AOS, Ltd. denies each and every allegation contained in paragraph 20.

## FOURTH CLAIM FOR RELIEF

### (Infringement of United States Patent No. 6,828,195)

21.     In response to paragraph 21 of the complaint, AOS, Ltd. realleges and incorporates by reference the answers stated in paragraphs 1-20 above.

22.     In response to paragraph 22 of the complaint, AOS, Ltd. admits that the title page of United States Patent No. 6,828,195 (the "'195 patent") states on its face that the patent was issued on December 7, 2004.  AOS, Ltd. admits that on its face, the '195 patent is entitled "Method of Manufacturing a Trench Transistor Having a Heavy Body Region."  AOS, Ltd. admits that on its face the '195 patent lists "Fairchild Semiconductor Corporation" as its assignee. AOS, Ltd. admits that a copy of the '195 patent is attached to the complaint as Exhibit D.  AOS, Ltd. denies that the '195 was duly and legally issued.  AOS, Ltd. lacks sufficient knowledge or information to admit or deny that Fairchild continues to hold all rights and interest in the '195 patent.  AOS, Ltd. denies any and all remaining allegations of paragraph 22 of the complaint.

23.     In response to paragraph 23 of the complaint, AOS, Ltd. denies that it has been or currently is directly or indirectly infringing or actively inducing or contributing to the infringement of the '195 patent.  AOS, Ltd. denies any and all remaining allegations of paragraph 23 of the complaint.

24.     AOS, Ltd. denies each and every allegation contained in paragraph 24.

25.     AOS, Ltd. denies each and every allegation contained in paragraph 25.

## AFFIRMATIVE AND OTHER DEFENSES

Further answering the complaint, AOS, Ltd. asserts the following defenses.  AOS, Ltd. reserves the right to amend its answer with additional defenses as further information is obtained.

## FIRST DEFENSE

### (Failure to State a Claim)

26.     Fairchild's complaint fails to state a claim against AOS, Ltd. upon which relief may be granted.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7560980.2                                    5                        AOS, LTD.'S ANSWER
C 07-2664 JSW

**SECOND DEFENSE**

**(Non-infringement of the Asserted Patents)**

27.     AOS, Ltd. has not infringed, contributed to the infringement of, or induced the infringement of any valid claim of the '481, '406, '497, or '195 patents, and is not liable for infringement thereof.

28.     Any and all products AOS, Ltd. makes that are accused of infringement in this action have substantial uses that do not infringe and therefore cannot induce or contribute to the infringement of the '481, '406, '497, or '195 patents.

29.     No product AOS, Ltd. makes, uses, offers to sell, or imports into the United States or process AOS, Ltd. uses to make AOS, Ltd.'s products infringes the '481, '406, '497, or '195 patents.

**THIRD DEFENSE**

**(Invalidity of the Asserted Patents)**

30.     AOS, Ltd. believes that, after a reasonable opportunity for further investigation or discovery, it will be able to demonstrate that one or more claims of the '481, '406, '497, and '195 patents are invalid for failing to comply with the provisions of the Patent Laws of the United States, including without limitation 35 U.S.C. §§ 102, 103, and 112.

**FOURTH DEFENSE**

**(Failure to Mark)**

31.     AOS, Ltd. believes that, after a reasonable opportunity for further investigation or discovery, it will be able to demonstrate that any claims for damages for alleged infringement are barred or limited due to failure to allege compliance with (and failure to comply with) the requirements of 35 U.S.C. § 287.

**FIFTH DEFENSE**

**(Unavailability of Relief)**

32.     AOS, Ltd. believes that, after a reasonable opportunity for further investigation or discovery, it will be able to demonstrate that Fairchild has failed to plead and meet the requirements of 35 U.S.C. § 271(b) and (c) and is not entitled to any alleged damages prior to

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7560980.2                                    6                          AOS, LTD.'S ANSWER
C 07-2664 JSW

1   providing any actual notice to AOS, Ltd. of the '481, '406, '497, and/or '195 patents.

2

### SIXTH DEFENSE

3

**(Unavailability of Enhanced Damages)**

4      33.    AOS, Ltd. believes that, after a reasonable opportunity for further investigation or

5   discovery, it will be able to demonstrate that Fairchild has failed to plead and meet the

6   requirements of 35 U.S.C. § 284 for enhanced damages and is not entitled to any damages prior to

7   providing any actual notice to AOS, Ltd. of the '481, '406, '497, and/or '195 patents.

8

### SEVENTH DEFENSE

9

**(Prosecution History Estoppel)**

10      34.    To the extent that Fairchild attempts to assert infringement under the doctrine of

11   equivalents, AOS, Ltd. believes that, after a reasonable opportunity for further investigation or

12   discovery, it will be able to demonstrate that arguments and amendments contained in the

13   prosecution history will estop or bar any claims for alleged infringement.

14

### EIGHTH DEFENSE

15

**(Laches/Prosecution Laches/Estoppel)**

16      35.    AOS, Ltd. believes that, after a reasonable opportunity for further investigation or

17   discovery, it will be able to demonstrate that any claims for alleged infringement are barred or

18   limited by the doctrine of laches, prosecution laches, and/or equitable estoppel.

19

### NINTH DEFENSE

20

**(Adequate Remedy At Law)**

21      36.    AOS, Ltd. believes that, after a reasonable opportunity for further investigation or

22   discovery, it will be able to demonstrate that any claims for injunctive relief are barred in light of

23   the fact that Fairchild has an adequate remedy at law.

24

### PRAYER FOR RELIEF

25   WHEREFORE, AOS, Ltd. prays for the entry of judgment as follows:

26      A.    Dismissing with prejudice any and all claims of Fairchild's complaint and ordering

27   that Fairchild take nothing as a result of the complaint;

28      B.    Awarding AOS, Ltd. its reasonable attorneys' fees, expenses and costs incurred in

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7560980.2               7                AOS, LTD.'S ANSWER
C 07-2664 JSW

1    this action;

2        C.    Granting AOS, Ltd. such other action and further relief as this Court may deem

3    just and proper, or that AOS, Ltd. may be entitled to as a matter of law or equity.

4

5    Dated: July 2, 2007                    MORGAN, LEWIS & BOCKIUS LLP

6

7                            By    /s/ Daniel Johnson, Jr.
                                Daniel Johnson, Jr.
8                                Attorneys for Defendants
                                ALPHA & OMEGA SEMICONDUCTOR,
9                                LTD., AND ALPHA & OMEGA
                                SEMICONDUCTOR, INC.

10

11                        **DEMAND FOR JURY TRIAL**

12        AOS, Ltd. hereby requests a trial by jury.

13

14    Dated: July 2, 2007                    MORGAN, LEWIS & BOCKIUS LLP

15

16                            By    /s/ Daniel Johnson, Jr.
                                Daniel Johnson, Jr.
17                                Attorneys for Defendants
                                ALPHA & OMEGA SEMICONDUCTOR,
18                                LTD., AND ALPHA & OMEGA
                                SEMICONDUCTOR, INC.
19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO