DANIEL JOHNSON, JR. (State Bar No. 57409)
RITA E. TAUTKUS (State Bar No. 162090)
AMY M. SPICER (State Bar No. 188399)
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: djjohnson@morganlewis.com
E-mail: rtautkus@morganlewis.com
E-mail: aspicer@morganlewis.com

ANDREW J. WU (State Bar No. 214442)
**MORGAN, LEWIS & BOCKIUS LLP**
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: awu@morganlewis.com

Attorneys for Defendants
ALPHA & OMEGA SEMICONDUCTOR, INC.
ALPHA & OMEGA SEMICONDUCTOR, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FAIRCHILD SEMICONDUCTOR CORP., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation; and ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation,<br><br>Defendants. | Case No. C 07-2664 JSW<br><br>**ALPHA & OMEGA SEMICONDUCTOR, INC.'S ANSWER TO FAIRCHILD'S COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Defendant Alpha & Omega Semiconductor, Inc. ("AOS, Inc.") answers the complaint of plaintiff Fairchild Semiconductor Corp. ("Fairchild") as follows:

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7558948.2

AOS, INC.'S ANSWER
C 07-2664 JSW

AOS, Inc. denies each and every allegation contained in the complaint, except as specifically admitted or explained herein. To the extent that the headings or any other non-numbered statements in Fairchild's complaint contain any allegations, AOS, Inc. denies each and every allegation.

**PARTIES**

1.   AOS, Inc. lacks sufficient knowledge or information to admit or deny the allegations set forth in paragraph 1 of the complaint, and on that basis, denies each and every allegation contained in paragraph 1.

2.   In response to paragraph 2 of the complaint, AOS, Inc. admits that it is a corporation duly incorporated under the laws of the State of California with its principal place of business in Sunnyvale, California.

3.   In response to paragraph 3 of the complaint, AOS, Inc. admits that Alpha & Omega Semiconductor, Ltd. ("AOS, Ltd.") is a Bermuda corporation and that it has a place of business in Sunnyvale, California.

**JURISDICTION AND VENUE**

4.   In response to paragraph 4 of the complaint, AOS, Inc. denies that it has infringed or now infringes the patents asserted against AOS, Inc. in the complaint. AOS, Inc. admits, without admitting the validity of Fairchild's patent infringement claims, that the complaint purports to state a cause of action under the patent laws of the United States, including 35 U.S.C. §§ 1 *et seq*. AOS, Inc. admits that this Court has subject matter jurisdiction over these purported claims under 28 U.S.C. §§ 1331 and 1338(a). AOS, Inc. denies that it has committed acts of infringement or is now committing acts of infringement in this District. AOS, Inc. admits, for the purpose of this action only, that venue is proper in this judicial district.

**INTRADISTRICT ASSIGNMENT**

5.   In response to paragraph 5 of the complaint, AOS, Inc. admits that the complaint purports to state a cause of action that is subject to assignment on a district-wide basis under Civil L.R. 3-2(c).

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7558948.2            2            AOS, INC.'S ANSWER
                                        C 07-2664 JSW

## FIRST CLAIM FOR RELIEF

**(Infringement of United States Patent No. 6,429,481)**

6. In response to paragraph 6 of the complaint, AOS, Inc. realleges and incorporates by reference the answers stated in paragraphs 1-5 above.

7. In response to paragraph 7 of the complaint, AOS, Inc. admits that the title page of United States Patent No. 6,429,481 (the "'481 patent") states on its face that the patent was issued on August 6, 2002. AOS, Inc. admits that on its face, the '481 patent is entitled "Field Effect Transistor and Method of Its Manufacture." AOS, Inc. admits that on its face the '481 patent lists "Fairchild Semiconductor Corporation" as its assignee. AOS, Inc. admits that a copy of the '481 patent is attached to the complaint as Exhibit A. AOS, Inc. denies that the '481 was duly and legally issued. AOS, Inc. lacks sufficient knowledge or information to admit or deny that Fairchild continues to hold all rights and interest in the '481 patent. AOS, Inc. denies any and all remaining allegations of paragraph 7 of the complaint.

8. In response to paragraph 8 of the complaint, AOS, Inc. denies that it has been or currently is directly or indirectly infringing or actively inducing or contributing to the infringement of the '481 patent. AOS, Inc. denies any and all remaining allegations of paragraph 8 of the complaint.

9. AOS, Inc. denies each and every allegation contained in paragraph 9.

10. AOS, Inc. denies each and every allegation contained in paragraph 10.

## SECOND CLAIM FOR RELIEF

**(Infringement of United States Patent No. 6,710,406)**

11. In response to paragraph 6 of the complaint, AOS, Inc. realleges and incorporates by reference the answers stated in paragraphs 1-10 above.

12. In response to paragraph 12 of the complaint, AOS, Inc. admits that the title page of United States Patent No. 6,710,406 (the "'406 patent") states on its face that the patent was issued on March 23, 2004. AOS, Inc. admits that on its face, the '406 patent is entitled "Field Effect Transistor and Method of Its Manufacture." AOS, Inc. admits that on its face the '406 patent lists "Fairchild Semiconductor Corporation" as its assignee. AOS, Inc. admits that a copy

1  of the '406 patent is attached to the complaint as Exhibit B.  AOS, Inc. denies that the '406 was
2  duly and legally issued.  AOS, Inc. lacks sufficient knowledge or information to admit or deny
3  that Fairchild continues to hold all rights and interest in the '406 patent.  AOS, Inc. denies any
4  and all remaining allegations of paragraph 12 of the complaint.

5        13.     In response to paragraph 13 of the complaint, AOS, Inc. denies that it has been or
6  currently is directly or indirectly infringing or actively inducing or contributing to the
7  infringement of the '406 patent.  AOS, Inc. denies any and all remaining allegations of paragraph
8  13 of the complaint.

9        14.     AOS, Inc. denies each and every allegation contained in paragraph 14.

10        15.     AOS, Inc. denies each and every allegation contained in paragraph 15.

11  **THIRD CLAIM FOR RELIEF**

12  **(Infringement of United States Patent No. 6,521,497)**

13        16.     In response to paragraph 16 of the complaint, AOS, Inc. realleges and incorporates
14  by reference the answers stated in paragraphs 1-15 above.

15        17.     In response to paragraph 17 of the complaint, AOS, Inc. admits that the title page
16  of United States Patent No. 6,521,497 (the "'497 patent") states on its face that the patent was
17  issued on February 18, 2003.  AOS, Inc. admits that on its face, the '497 patent is entitled
18  "Method of Manufacturing a Field Effect Transistor."  AOS, Inc. admits that on its face the '497
19  patent lists "Fairchild Semiconductor Corporation" as its assignee.  AOS, Inc. admits that a copy
20  of the '497 patent is attached to the complaint as Exhibit C.  AOS, Inc. denies that the '497 was
21  duly and legally issued.  AOS, Inc. lacks sufficient knowledge or information to admit or deny
22  that Fairchild continues to hold all rights and interest in the '497 patent.  AOS, Inc. denies any
23  and all remaining allegations of paragraph 17 of the complaint.

24        18.     In response to paragraph 18 of the complaint, AOS, Inc. denies that it has been or
25  currently is directly or indirectly infringing or actively inducing or contributing to the
26  infringement of the '497 patent.  AOS, Inc. denies any and all remaining allegations of paragraph
27  18 of the complaint.

28        19.     AOS, Inc. denies each and every allegation contained in paragraph 19.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7558948.2                                     4                              AOS, INC.'S ANSWER
                                                                             C 07-2664 JSW

20.     AOS, Inc. denies each and every allegation contained in paragraph 20.

## FOURTH CLAIM FOR RELIEF

### (Infringement of United States Patent No. 6,828,195)

21.     In response to paragraph 21 of the complaint, AOS, Inc. realleges and incorporates by reference the answers stated in paragraphs 1-20 above.

22.     In response to paragraph 22 of the complaint, AOS, Inc. admits that the title page of United States Patent No. 6,828,195 (the "'195 patent") states on its face that the patent was issued on December 7, 2004.  AOS, Inc. admits that on its face, the '195 patent is entitled "Method of Manufacturing a Trench Transistor Having a Heavy Body Region."  AOS, Inc. admits that on its face the '195 patent lists "Fairchild Semiconductor Corporation" as its assignee. AOS, Inc. admits that a copy of the '195 patent is attached to the complaint as Exhibit D.  AOS, Inc. denies that the '195 was duly and legally issued.  AOS, Inc. lacks sufficient knowledge or information to admit or deny that Fairchild continues to hold all rights and interest in the '195 patent.  AOS, Inc. denies any and all remaining allegations of paragraph 22 of the complaint.

23.     In response to paragraph 23 of the complaint, AOS, Inc. denies that it has been or currently is directly or indirectly infringing or actively inducing or contributing to the infringement of the '195 patent.  AOS, Inc. denies any and all remaining allegations of paragraph 23 of the complaint.

24.     AOS, Inc. denies each and every allegation contained in paragraph 24.

25.     AOS, Inc. denies each and every allegation contained in paragraph 25.

## AFFIRMATIVE AND OTHER DEFENSES

Further answering the complaint, AOS, Inc. asserts the following defenses.  AOS, Inc. reserves the right to amend its answer with additional defenses as further information is obtained.

## FIRST DEFENSE

### (Failure to State a Claim)

26.     Fairchild's complaint fails to state a claim against AOS, Inc. upon which relief may be granted.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7558948.2                                      5                              AOS, INC.'S ANSWER
                                                                                   C 07-2664 JSW

## SECOND DEFENSE

### (Non-infringement of the Asserted Patents)

27. AOS, Inc. has not infringed, contributed to the infringement of, or induced the infringement of any valid claim of the '481, '406, '497, or '195 patents, and is not liable for infringement thereof.

28. Any and all products AOS, Inc. makes that are accused of infringement in this action have substantial uses that do not infringe and therefore cannot induce or contribute to the infringement of the '481, '406, '497, or '195 patents.

29. No product AOS, Inc. makes, uses, offers to sell, or imports into the United States or process AOS, Inc. uses to make AOS, Inc.'s products infringes the '481, '406, '497, or '195 patents.

## THIRD DEFENSE

### (Invalidity of the Asserted Patents)

30. AOS, Inc. believes that, after a reasonable opportunity for further investigation or discovery, it will be able to demonstrate that one or more claims of the '481, '406, '497, and '195 patents are invalid for failing to comply with the provisions of the Patent Laws of the United States, including without limitation 35 U.S.C. §§ 102, 103, and 112.

## FOURTH DEFENSE

### (Failure to Mark)

31. AOS, Inc. believes that, after a reasonable opportunity for further investigation or discovery, it will be able to demonstrate that any claims for damages for alleged infringement are barred or limited due to failure to allege compliance with (and failure to comply with) the requirements of 35 U.S.C. § 287.

## FIFTH DEFENSE

### (Unavailability of Relief)

32. AOS, Inc. believes that, after a reasonable opportunity for further investigation or discovery, it will be able to demonstrate that Fairchild has failed to plead and meet the requirements of 35 U.S.C. § 271(b) and (c) and is not entitled to any alleged damages prior to

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7558948.2        6        AOS, INC.'S ANSWER
C 07-2664 JSW

1  providing any actual notice to AOS, Inc. of the '481, '406, '497, and/or '195 patents.

## SIXTH DEFENSE

### (Unavailability of Enhanced Damages)

33.    AOS, Inc. believes that, after a reasonable opportunity for further investigation or discovery, it will be able to demonstrate that Fairchild has failed to plead and meet the requirements of 35 U.S.C. § 284 for enhanced damages and is not entitled to any damages prior to providing any actual notice to AOS, Inc. of the '481, '406, '497, and/or '195 patents.

## SEVENTH DEFENSE

### (Prosecution History Estoppel)

34.    To the extent that Fairchild attempts to assert infringement under the doctrine of equivalents, AOS, Inc. believes that, after a reasonable opportunity for further investigation or discovery, it will be able to demonstrate that arguments and amendments contained in the prosecution history will estop or bar any claims for alleged infringement.

## EIGHTH DEFENSE

### (Laches/Prosecution Laches/Estoppel)

35.    AOS, Inc. believes that, after a reasonable opportunity for further investigation or discovery, it will be able to demonstrate that any claims for alleged infringement are barred or limited by the doctrine of laches, prosecution laches, and/or equitable estoppel.

## NINTH DEFENSE

### (Adequate Remedy At Law)

36.    AOS, Inc. believes that, after a reasonable opportunity for further investigation or discovery, it will be able to demonstrate that any claims for injunctive relief are barred in light of the fact that Fairchild has an adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, AOS, Inc. prays for the entry of judgment as follows:

A.    Dismissing with prejudice any and all claims of Fairchild's complaint and ordering that Fairchild take nothing as a result of the complaint;

1      B.    Awarding AOS, Inc. its reasonable attorneys' fees, expenses and costs incurred in this action;

    C.    Granting AOS, Inc. such other action and further relief as this Court may deem just and proper, or that AOS, Inc. may be entitled to as a matter of law or equity.

Dated: July 2, 2007                      MORGAN, LEWIS & BOCKIUS LLP

By   /s/ Daniel Johnson, Jr.
Daniel Johnson, Jr.
Attorneys for Defendants
ALPHA & OMEGA SEMICONDUCTOR, LTD., AND ALPHA & OMEGA SEMICONDUCTOR, INC.

## **DEMAND FOR JURY TRIAL**

AOS, Inc. hereby requests a trial by jury.

Dated: July 2, 2007                      MORGAN, LEWIS & BOCKIUS LLP

By   /s/ Daniel Johnson, Jr.
Daniel Johnson, Jr.
Attorneys for Defendants
ALPHA & OMEGA SEMICONDUCTOR, LTD., AND ALPHA & OMEGA SEMICONDUCTOR, INC.