1  DANIEL JOHNSON, JR. (State Bar No. 57409)
   RITA E. TAUTKUS (State Bar No. 162090)
2  AMY M. SPICER (State Bar No. 188399)
   MORGAN, LEWIS & BOCKIUS LLP
3  One Market, Spear Street Tower
   San Francisco, CA  94105-1126
4  Tel:  415.442.1000
   Fax:  415.442.1001
5  E-mail:  djjohnson@morganlewis.com
   E-mail:  rtautkus@morganlewis.com
6  E-mail:  aspicer@morganlewis.com

7  ANDREW J. WU (State Bar No. 214442)
   MORGAN, LEWIS & BOCKIUS LLP
8  2 Palo Alto Square
   3000 El Camino Real, Suite 700
9  Palo Alto, CA  94306-2122
   Tel:  650.843.4000
10 Fax:  650.843.4001
   E-mail:  awu@morganlewis.com

12 Attorneys for Defendants
   ALPHA & OMEGA SEMICONDUCTOR, LTD.
13 ALPHA & OMEGA SEMICONDUCTOR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FAIRCHILD SEMICONDUCTOR, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALPHA & OMEGA SEMICONDUCTOR, LTD., a Bermuda corporation; and ALPHA & OMEGA SEMICONDUCTOR, INC., a California corporation,<br><br>Defendants. | Case No. C 07-2664 JSW<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7560939.2

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS
C 07-2664 JSW

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

ALPHA & OMEGA SEMICONDUCTOR (SHANGHAI) LIMITED

ALPHA & OMEGA SEMICONDUCTOR (HONG KONG) LIMITED

Dated: July 3, 2007                                   MORGAN, LEWIS & BOCKIUS LLP

By:   /s/ Daniel Johnson, Jr.
Daniel Johnson, Jr.
Attorneys for Defendants
ALPHA & OMEGA SEMICONDUCTOR, LTD. AND ALPHA & OMEGA SEMICONDUCTOR, INC.