```
 1  TOWNSEND AND TOWNSEND AND CREW LLP
    ERIC P. JACOBS (State Bar No. 88413)
 2  PETER H. GOLDSMITH (State Bar No. 91294)
    ROBERT A. McFARLANE (State Bar No. 172650)
 3  IGOR SHOIKET (State Bar No. 190066)
    Two Embarcadero Center, 8th Floor
 4  San Francisco, California  94111
    Telephone:   (415) 576-0200
 5  Facsimile:   (415) 576-0300
    E-mail:      epjacobs@townsend.com
 6               phgoldsmith@townsend.com
                 ramcfarlane@townsend.com
 7               ishoiket@townsend.com

 8  Attorneys for Plaintiff FAIRCHILD
    SEMICONDUCTOR CORPORATION
 9
10
11              UNITED STATES DISTRICT COURT
12          FOR THE NORTHERN DISTRICT OF CALIFORNIA
13                 SAN FRANCISCO DIVISION
```

| | |
|---|---|
| FAIRCHILD SEMICONDUCTOR CORPORATION,<br><br>            Plaintiff,<br><br>       v.<br><br>ALPHA AND OMEGA SEMICONDUCTOR INCORPORATED. and ALPHA AND OMEGA SEMICONDUCTOR LIMITED,<br><br>            Defendants. | Case No. C 07-02664 JSW<br><br>**ADR CERTIFICATION OF PARTIES AND LEAD COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

```
 1          (3) Considered whether this case might benefit from any of the available dispute
 2    resolution options.

 3                                              FAIRCHILD SEMICONDUCTOR CORPORATION

 4
      Dated: July 27, 2007                      By: /s/ Stephen Schott
 5                                                  Name: Stephen Schott
                                                    Title: Associate General Counsel
 6

 7
                                                TOWNSEND AND TOWNSEND AND CREW LLP
 8

 9    Dated: July 27, 2007                      By: /s/ Eric P. Jacobs
                                                    Eric P. Jacobs
10                                                  Two Embarcadero Center, 8th Fl.
                                                    San Francisco, CA 94111-3834
11                                                  Tel:    (415) 576-0200
                                                    Fax:    (415) 576-0300
12                                                  Email:  epjacobs@townsend.com

13                                              Attorneys for Plaintiff
                                                FAIRCHILD SEMICONDUCTOR CORPORATION
14

15    When filing this document in ECF, please be sure to use the ADR Docket Event entitled
      "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."
16

17    Rev 12.05
18
19    61102562 v1
20
21
22
23
24
25
26
27
28
```