1  TOWNSEND AND TOWNSEND AND CREW LLP
   ERIC P. JACOBS (State Bar No. 88413), epjacobs@townsend.com
2  PETER H. GOLDSMITH (State Bar No. 91294), phgoldsmith@townsend.com
   ROBERT A. McFARLANE (State Bar No. 172650), ramcfarlane@townsend.com
3  IGOR SHOIKET (State Bar No. 190066), ishoiket@townsend.com
   Two Embarcadero Center, 8th Floor
4  San Francisco, California  94111
   Telephone:     (415) 576-0200
5  Facsimile:     (415) 576-0300

6  Attorneys for Plaintiff:
   FAIRCHILD SEMICONDUCTOR CORPORATION
7

8  MORGAN LEWIS & BOCKIUS LLP
   DANIEL JOHNSON, JR., (State Bar No. 57409), djjohnson@morganlewis.com
9  RITA E. TAUTKUS (State Bar No. 162090), retautkus@ morganlewis.com
   BRETT M. SCHUMAN (State Bar No. 189247), bschuman@ morganlewis.com
10 One Market Street, Spear Street Tower
   San Francisco, CA 94105-1126
11 Telephone:     (415) 442-1000
   Facsimile:     (415) 442-1001
12
   ANDREW J. WU (State Bar No. 214442), awu@ morganlewis.com
13 2 Palo Alto Square
   3000 El Camino Real, Suite 700
14 Palo Alto, CA  94306-2122
   Telephone:     (650) 843-4000
15 Facsimile:     (415) 843-4000

16 Attorneys for Defendants:
   ALPHA & OMEGA SEMICONDUCTOR, LTD.
17 ALPHA & OMEGA SEMICONDUCTOR, INC.

18

19                    UNITED STATES DISTRICT COURT

20                FOR THE NORTHERN DISTRICT OF CALIFORNIA

21                        SAN FRANCISCO DIVISION

| | |
|---|---|
| 22  FAIRCHILD SEMICONDUCTOR CORPORATION, | Case No. C 07-02664 JSW |
| 23                          Plaintiff, | **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| 24               v. | |
| 25  ALPHA AND OMEGA SEMICONDUCTOR INCORPORATED. and ALPHA AND OMEGA SEMICONDUCTOR LIMITED, | |
| 26 | |
| 27                          Defendants. | |

28

1
2         Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:
3
4   The parties agree to participate in the following ADR process:   Private ADR - Mediation by a provider/mediator to be determined by the parties after further consultation.
5   Concurrence in the filing of the document has been obtained from each of the other signatories.
6
                              TOWNSEND AND TOWNSEND AND CREW LLP
7
8   Dated: July 27, 2007                By:  /s/ Eric P. Jacobs
                                    Eric P. Jacobs
9                                       Peter H. Goldsmith
                                    Robert A. McFarlane
10                                      Igor Shoiket
                                    Two Embarcadero Center, 8th Fl.
11                                      San Francisco, CA 94111-3834
                                    Tel:     (415) 576-0200
12                                      Fax:    (415) 576-0300
                                    Email: epjacobs@townsend.com
13                                Attorneys for Plaintiff:
                              FAIRCHILD SEMICONDUCTOR
14                                CORPORATION
15
                              MORGAN LEWIS & BOCKIUS LLP
16
17  Dated: July 27, 2007                By:  /s/ Brett M. Schuman
                                    Daniel Johnson, Jr.
18                                      Rita E. Tautkus
                                    Brett M. Schuman
19                                      One Market Street, Spear Street Tower
                                    San Francisco, CA  94105-1126
20                                      Tel:     (415) 442-1000
                                    Fax:    (415) 442-1001
21                                Email: djjohnson@morganlewis.com
22                                Andrew J. Wu
                              2 Palo Alto Square
23                                3000 El Camino Real, Suite 700
                              Palo Alto, CA 94306
24                                Tel:     (650) 843-4000
                              Fax:    (650) 843-4001
25                                Email: awu@morganlewis.com
                              Attorneys for Defendants:
26                                ALPHA & OMEGA SEMICONDUCTOR, INC.
                              ALPHA & OMEGA SEMICONDUCTOR, LTD.
27
28

1

**[PROPOSED] ORDER**

2

3   Pursuant to the Stipulation above, the captioned matter is hereby referred to Private ADR -

4   Mediation by a provider/mediator to be determined by the parties.

5

6   IT IS SO ORDERED.

7   Dated: _____                    _____
                                            MAGISTRATE JUDGE JEFFREY S. WHITE
8

9   61110968 v1

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28