1  MORGAN, LEWIS & BOCKIUS LLP
   Daniel Johnson, Jr. (State Bar No. 57409)
2  Rita E. Tautkus (State Bar No. 162090)
   Amy M. Spicer (State Bar No. 188399)
3  One Market, Spear Street Tower
   San Francisco, CA  94105-1126
4  Tel:  415.442.1000
   Fax:  415.442.1001
5  E-mail:  djjohnson@morganlewis.com
           rtautkus@morganlewis.com
6          aspicer@morganlewis.com

7  MORGAN, LEWIS & BOCKIUS LLP
   Andrew J. Wu (State Bar No. 214442)
8  2 Palo Alto Square
   3000 El Camino Real, Suite 700
9  Palo Alto, CA  94306-2122
   Tel:  650.843.4000
10 Fax:  650.843.4001
   E-mail:  awu@morganlewis.com

11

12 Attorneys for Plaintiffs and
   Counterdefendants
   ALPHA & OMEGA SEMICONDUCTOR,
13 INC.
   ALPHA & OMEGA SEMICONDUCTOR,
14 LTD.

TOWNSEND AND TOWNSEND AND
CREW LLP
Eric P. Jacobs (State Bar No. 88413)
Peter H. Goldsmith (State Bar No. 91294)
Robert A. McFarlane (State Bar No. 172650)
Two Embarcadero Center, 8th Floor
San Francisco, CA  94111
Tel:  415.576.0200
Fax:  415.576.0300
E-mail:  epjacobs@townsend.com
         phgoldsmith@townsend.com
         ramcfarlane@townsend.com

Attorneys for Defendant and
Counterclaimant
FAIRCHILD SEMICONDUCTOR CORP.

15

16                      UNITED STATES DISTRICT COURT

17                     NORTHERN DISTRICT OF CALIFORNIA

18                         SAN FRANCISCO DIVISION

19

20 ALPHA & OMEGA SEMICONDUCTOR,          Case No. C 07-2638 JSW
   INC., a California corporation; and   Case No. C 07-2664 JSW
   ALPHA & OMEGA SEMICONDUCTOR,
21 LTD., a Bermuda corporation,          **STIPULATION AND [PROPOSED]**
                                         **ORDER GRANTING CONSOLIDATION**
22              Plaintiffs,

23      v.

24 FAIRCHILD SEMICONDUCTOR
   CORP., a Delaware corporation,

25              Defendant.

26

27 AND RELATED COUNTERCLAIMS

28

MORGAN, LEWIS &
 BOCKIUS LLP
ATTORNEYS AT LAW
 SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
GRANTING CONSOLIDATION
C 07-2638 JSW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FAIRCHILD SEMICONDUCTOR
CORP., a Delaware corporation,

Plaintiff,

v.

ALPHA & OMEGA SEMICONDUCTOR,
INC., a California corporation; and
ALPHA & OMEGA SEMICONDUCTOR,
LTD., a Bermuda corporation,
Defendants.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7581026.1

2

STIPULATION AND [PROPOSED] ORDER
GRANTING CONSOLIDATION
C 07-2638 JSW

**STIPULATION**

WHEREAS, on May 17, 2007, plaintiffs Alpha & Omega Semiconductor, Ltd. and Alpha & Omega Semiconductor, Inc. (collectively, "AOS") filed the above-captioned suit ("the AOS Action") for patent infringement and declaratory judgment against defendant Fairchild Semiconductor Corp.  The AOS Action seeks relief for Fairchild's alleged willful infringement of U.S. Patent No. 5,907,776 (the "'776 patent") and U.S. Patent No. 5,767,567 (the "'567 patent").  The AOS Action also seeks declaratory judgment of non-infringement of U.S. Patent No. 6,429,481 (the "'481 patent") and U.S. Patent No. 6,710,406 (the "'406 patent");

WHEREAS, on May 18, 2007, Fairchild filed suit against AOS, *Fairchild Semiconductor Corp. v. Alpha & Omega, Inc., et. al*, Case No. 07-2664 PJH ("the "Fairchild Action").  In the Fairchild Action, Fairchild seeks relief for AOS's alleged willful infringement of the '481 patent, the '406 patent, and U.S. Patent Nos. 6,521,497 and 6,828,195;

WHEREAS, Fairchild asserted six counterclaims in response to AOS's complaint in the AOS Action.  Fairchild's first and second counterclaims seek declaratory judgment of alleged non-infringement and alleged invalidity of the '776 and '567 patents.  Fairchild's other four counterclaims seek relief for alleged willful infringement of the '481, '406, '497, and '195 patents – the four patents Fairchild asserted against AOS in the *Fairchild* action.

WHEREAS, on June 15, 2007, this Court deemed the two cases to be related within the meaning of Civil Local Rule 3-12 and the later-filed Fairchild Action was reassigned to the Honorable Jeffrey S. White;

WHEREAS, the parties agree that the AOS Action and the Fairchild Action involve several common questions of law and/or fact, and that consolidation of the two actions would tend to avoid unnecessary costs and delay for the parties and the Court.

IT IS THEREFORE STIPULATED by and between the parties, through their undersigned counsel of record, that the AOS Action (*Alpha & Omega, Inc., et. al v. Fairchild Semiconductor Corp.*, 07-2638 JSW) and the Fairchild Action (*Fairchild Semiconductor Corp. v. Alpha & Omega, Inc., et. al*, 07-2664 JSW) may be consolidated pursuant to Federal Rule of Civil Procedure 42(a) for all further pre-trial and trial proceedings before this Court.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7581026.1

STIPULATION AND [PROPOSED] ORDER
GRANTING CONSOLIDATION
C 07-2638 JSW

1

2    Dated: July 27, 2007                    MORGAN, LEWIS & BOCKIUS LLP

3

4                                            By:    /S/
                                                 _____
5                                                Daniel Johnson, Jr.
                                                 Attorneys for Plaintiffs and
6                                                Counterdefendants
                                                 ALPHA & OMEGA SEMICONDUCTOR,
7                                                LTD., AND ALPHA & OMEGA
                                                 SEMICONDUCTOR, INC.

8

9    Dated: July 27, 2007                    TOWNSEND AND TOWNSEND AND
                                             CREW LLP
10

11                                           By:    /S/
                                                 _____
12                                               Eric P. Jacobs
                                                 Attorneys for Defendant and
13                                               Counterclaimant
                                                 FAIRCHILD SEMICONDUCTOR
                                                 CORPORATION
14

15   I hereby attest that I have on file all holograph signatures for any signatures indicated by a
     "conformed" signature (/S/) within this efiled document.
16

17

18

19

20

21

22

23

24

25

26

27

28

1-SF/7581026.1                           2          STIPULATION AND [PROPOSED] ORDER
                                                    GRANTING CONSOLIDATION
                                                    C 07-2638 JSW

1

## [PROPOSED] ORDER

2

3        Pursuant to the parties' stipulation set forth above, the two actions shall be and hereby are

4 consolidated into Civil Action No. 07-2638 JSW for all further pre-trial and trial proceedings

5 before this Court.  The docket in Civil Action No. 07-2638 JSW shall constitute the Master

6 Docket for this action and the file in Civil Action No. 07-2638 JSW shall constitute the Master

7 File.

8        **IT IS SO ORDERED.**

9 Dated:   July 31, 2007

10                                        _____
HON. JEFFREY S. WHITE
11                                        UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7581026.1

3

STIPULATION AND [PROPOSED] ORDER
GRANTING CONSOLIDATION
C 07-2638 JSW