IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIRCHILD SEMICONDUCTOR CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>ALPHA & OMEGA SEMICONDUCTOR, INC., et al.,<br><br>        Defendants.<br>_____/ | No. C 07-02664 JSW<br><br>**ORDER REFERRING DISCOVERY TO MAGISTRATE JUDGE** |

      Pursuant to Civil Local Rule 72-1, this matter is referred to a randomly assigned magistrate judge for resolution of all discovery matters.

      **IT IS SO ORDERED.**

Dated: August 29, 2007

JEFFREY S. WHITE  
UNITED STATES DISTRICT JUDGE

cc:    Wings Hom